1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| AMY JO KRENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | ) EDCV 13-01899 AN<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

18
19
20
21
22

    For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

23
24
25

DATED:    June 25, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

26
27
28