~~WILLIAM M. KUNTZ  # 153052~~
~~Attorney at Law~~
~~4780 Arlington Avenue~~
~~Riverside, CA 92504~~
~~(951) 343-3400~~
~~Fax (951) 343-4004~~
~~E-Mail: KuntzSSlaw @sbcglobal.net~~
~~Attorney for Plaintiff~~

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| AMY JO KRENZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: **EDCV 13-1899 AN**<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED SEVENTY-FIVE DOLLARS and no/cents ($2,575.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　DATED: October 28, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE